ACCEPTED
03-15-00224-CV
5712167
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 1:10:10 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00224-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 1:10:10 PM
JEFFREY D. KYLE
Clerk

IN THE

COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

AT AUSTIN, TEXAS

NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN,

*Appellants*

v.

JEFFREY ANDERSON AND CYNTHIA ANDERSON,

*Appellees*

From the 428th District Court
of Hays County, Texas
Cause No. 14-1456

## APPELLANTS' MOTION TO DISMISS FOR MOOTNESS

TO THE HONORABLE COURT OF APPEALS:

Appellants, Namken Construction, Inc. and Brandon Namken, respectfully ask the Court

to dismiss the appeal.

### A.     INTRODUCTION

1. Appellants are Namken Construction, Inc. and Brandon Namken; Appellees are Jeffrey

Anderson and Cynthia Anderson.

2. The 428th District Court of Hays County, Texas, signed a Default Judgment in the underlying case, *Jeffrey Anderson and Cynthia Andeson v. Namken Construction, Inc. and Brandon Namken*, cause number 14-1456, on November 5, 2014, in favor of appellees and against appellants.

3. The Notice of Court Order notifying Appellants that a Judgment was entered against them in the amount of $360,191.00 plus costs of court on November 5, 2014, was returned to sender and never delivered. Appellants received actual notice of the default judgment signed on November 5, 2014, in favor of Appellees on January 7, 2015.

4. Appellants filed a timely Motion to Extend Postjudgment Deadlines and a Motion to Set Aside Default Judgment and Alternative Motion for New Trial on February 5, 2015.

5. Appellants were diligent in trying to have the above motions timely set for hearing. However, due to Appellees' initial objections to Appellants requested setting dates, scheduling conflicts with the district court's calendar, and scheduling conflicts due to both parties counsel's preferential jury trials during the month of March, Appellants were unable to have the motions set for hearing until April 13, 2015, after the Motion for New Trial had been overruled by operation of law but while the trial court still retained plenary power.

6. The deadline to file the notice of appeal was April 7, 2015.

7. Appellants filed the notice of appeal in the trial court on April 15, 2015, within 15 days after the deadline. *See* Tex. R. App. P. 26.3.

8. Appellants requested and were granted an additional 9 days to file the notice, extending the time until April 16, 2015.

9. The trial court signed an order granting Namken Construction, Inc. and Brandon Namken's Motion to Set Aside Default Judgment and Alternative Motion for New Trial on April 20, 2015, and true and correct copy of which is attached hereto as Exhibit A.

10.  The trial court signed an order granting Namken Construction, Inc. and Brandon Namken's Motion to Extend Postjudgment Deadlines on May 18, 2015, and true and correct copy of which is attached hereto as Exhibit B.

## B.  ARGUMENT & AUTHORITIES

11.  The Court has the authority to dismiss an appeal if there is no longer an issue in controversy. *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 154 (Tex. 2012); *Tex. A&M Univ.-Kingsville v. Yarbrough*, 347 S.W.3d 289, 291 (Tex. 2011).

12.  The Court has the authority to dismiss this appeal for lack of jurisdiction because the issues on appeal are no longer in controversy since the trial court granted Appellants a new trial. *See FDIC v. Nueces Cnty.*, 886 S.W.2d 766, 767 (Tex. 1994).

13.  The controversy between the parties ended when the trial court granted the Defendants/Appellants' Motion to Extend Postjudgment Deadlines and ordered a new trial. Because this action disposed of all issues forming the basis of this appeal, the appeal should be dismissed.

14.  The Court should not decide the issues presented by this appeal because the appeal is moot, and the Court is not authorized to issue advisory opinions. *See Heckman*, 369 S.W.3d at 147; *Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

## C.  PRAYER

15.  Therefore, Appellants respectfully asks the Court to grant this motion and dismiss the appeal.

Respectfully submitted,

**BURLESON LLP**
Weston Centre
112 East Pecan Street, Suite 700
San Antonio, Texas 78205
Telephone: (210) 870-2620
Facsimile:   (210) 870-2626


By:___*/s/ Rebecca C. Bergeron*___
MARCELLA A. DELLA CASA
State Bar No. 24009862
Email: mdellacasa@burlesonllp.com
REBECCA C. BERGERON
State Bar No. 24075353
Email: rbergeron@burlesonllp.com

ATTORNEYS FOR APPELLANTS
NAMKEN CONSTRUCTION, INC. AND
BRANDON NAMKEN


### CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I hereby certify that I have conferred with Mr. David Junkin, counsel of record for Appellee, by email and facsimile concerning the relief sought in this motion, and he is unopposed to Appellant's Motion to Dismiss.

___*/s/ Rebecca C. Bergeron*___
REBECCA C. BERGERON


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served *via electronic submission* on June 17, 2015, to the following counsel of record:

Mr. David Junkin
Law Offices of David Junkin
15401 RR12, Suite 105
P.O. Box 2910
Wimberley, Texas 78676

___*/s/ Rebecca C. Bergeron*___
REBECCA C. BERGERON



EXHIBIT

A

CAUSE NO. 14-1456

**FILED**

JEFFREY ANDERSON AND CYNTHIA § IN THE DISTRICT COURT
ANDERSON §
§ 15 APR 23 PM 3: 39
VS. §
§ *Beverly Crumley*
§ 428TH JUDICIAL DISTRICT
§ DISTRICT CLERK
NAMKEN CONSTRUCTION, INC. AND § HAYS COUNTY, TEXAS
BRANDON NAMKEN §
§ HAYS COUNTY, TEXAS

## ORDER

On this day came on to be heard, Defendants', NAMKEN CONSTRUCTION, INC.

AND BRANDON NAMKEN ("Defendants") Motion to Set Aside Default Judgment and,

alternatively, Motion for New Trial, and having considered the Defendants' Motion to Set Aside

Default Judgment and, alternatively, Motion for New Trial, and all arguments of counsel, the

Court makes the rulings set out below.

The Court, therefore, ORDERS, ADJUDGES and DECREES as follows:

Defendant, Namken Construction, Inc.'s, Motion to Set Aside Default Judgment is
hereby:

_____✓_____ GRANTED                    _____ DENIED

Defendant, Namken Construction, Inc.'s, Motion for New Trial is hereby:

_____✓_____ GRANTED            _____*(signature)*_____ DENIED

Defendant, Brandon Namken's, Motion for New Trial is hereby:

_____✓_____ GRANTED                    _____ DENIED

*New Trial granted subject to Defendant reimbursing Plaintiff for all expenses and attorneys fees, to be determined by separate hearing*

ENTERED this the ___ day of ____April____, 2015.

_____
Judge Presiding

_____
JUDGE PRESIDING

4826-6203-5235, v. 1



PENGAD 800-631-6989

FILED℠

15 MAY 21 PM 3: 35

*Beverley Crumley*
DISTRICT CLERK
HAYS COUNTY, TEXAS

CAUSE NO. 14-1456

| | | |
|---|---|---|
| JEFFREY ANDERSON AND CYNTHIA ANDERSON | § § § | IN THE DISTRICT COURT |
| VS. | § § | 428TH JUDICIAL DISTRICT |
| NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN | § § § | HAYS COUNTY, TEXAS |

## ORDER GRANTING DEFENDANTS' MOTION
## TO EXTEND POSTJUDGMENT DEADLINES

On this day came on to be heard, Defendants, NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN ("Defendants") Motion to Extend Postjudgment Deadlines, and having considered the Defendant's Motion to Extend Postjudgment Deadlines and all arguments of counsel, the Court finds that Defendants received actual notice of the default judgment entered against them in the above-captioned cause on January 7, 2015. Therefore, the Court finds that Defendants' Motion to Extend Postjudgment Deadlines should be in all things granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants; NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN's, Motion to Extend Postjudgment Deadlines is hereby GRANTED.

ENTERED this the 18th day of ___May___, 2015.

_____
JUDGE PRESIDING

4825-2781-7507, v. 1

10070012895623

14 – 1456

Filed: 08/04/2014

Contract – Consumer/Comme/28th District Court

JEFFREY ANDERSON AND CYNTHIA ANDERSON VS. NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN

**Plaintiff**
Anderson, Jeffrey, Sc
Anderson, Cynthia

Lead Attorney
Junkin, David

**Defendant**
Namken Construction I

Lead Attorney

# CIVIL DOCKET

| DATE | ORDERS OF THE COURT |
|---|---|
| 11/5/14 | Default Jt. Return Sept 4, 2014, Return J Sept 8, 204, no answer. Filed; defendants never called 3x |
| | Jury re: liability no answer |
| 4/27/15 | Motion to Extend Deadlines – Granted |
| | Motion to Set Aside Default > fee for new trial not pd – Counsel given time to pay question of whether failure to pay removes courts plenary jurisdiction |